[No. 7190–8–II.   Division Two.   January 9, 1985.]

*In the Matter of the Marriage of* CLAIRJANE
RONNING, *Appellant, and* GARRETT J.
RONNING, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 83–3–00075–0, E. Albert Morrison, J., entered
July 22, 1983. *Affirmed* by unpublished opinion per Petrich,
J., concurred in by Reed, A.C.J., and Petrie, J.

[Nos. 7533–4–II; 7534–2–II;   Division Two.        January 9, 1985.]
    7535–1–II; 7536–9–II.

*In the Matter of the Welfare of*
VENUS HERSCHLER.

*In the Matter of the Welfare of*
BRIAN HERSCHLER.

*In the Matter of the Welfare of*
MICHAEL HERSCHLER.

*In the Matter of the Welfare of*
DAVID RAY.

Appeals from judgments of the Superior Court for Lewis
County, Nos. 6249, 6248, 6250, 6247, David R. Draper, J.,
entered January 13, 1984. *Affirmed* by unpublished opinion
per Petrich, J., concurred in by Worswick, C.J., and Reed,
J.

[No. 5773–9–III.   Division Three.   January 10, 1985.]

ARTHUR W. STEEN, *Respondent,* v. THE DEPARTMENT
OF EMPLOYMENT SECURITY, *Appellant.*

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 81–2–00625–5, Howard Hettinger, J.,
entered April 4, 1983. *Affirmed* by unpublished opinion per
McInturff, J., concurred in by Green, C.J., and Munson, J.